Exhibit A

| | |
|---|---|
| **From:** | Alice_Snedeker@gand.uscourts.gov |
| **To:** | Crain, Andrew; Gresham, Dan; Maurer, Eric |
| **Cc:** | Julee_Smilley@gand.uscourts.gov |
| **Subject:** | 12-812, 12-866, 12-867, 12-919, 12-937 Acceleron patent cases |
| **Date:** | Monday, April 09, 2012 11:05:25 AM |

Counsel,

We noticed that you recently filed several patent infringement cases on behalf of your client, Acceleron, LLC. In the action against Clearcube (12-867), you mentioned in the motion to extend the answer deadline that you want to synchronize response dates and future dates for all of the cases. To accomplish this, Judge Batten can either consolidate the cases or instruct all cases to file one, joint scheduling order.

Please consult with defense counsel, and let us know as soon as possible what the parties would prefer.

Thank you,

Alice Snedeker
Law Clerk, Hon. Timothy C. Batten, Sr.
United States District Court
Northern District of Georgia
404-215-1418
alice_snedeker@gand.uscourts.gov