# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>BULL HN INFORMATION SYSTEMS, INC.<br><br>   Defendant. | Civil Action File No.<br><br>1:12-cv-00937-TCB |

## ORDER

For good cause shown, it is hereby ORDERED that Defendant Bull HN Information Systems, Inc.'s Motion for Enlargement of Time be DENIED. As ordered in Document No. 7, Defendant shall have through and including May 3, 2012 to answer or otherwise respond to Plaintiff Acceleron, LLC's Complaint.

SO ORDERED this __2nd__ day of __May__, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge