# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACCELERON, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | 1:12-cv-00937-TCB |
| v. ) | |
| ) | |
| BULL HN INFORMATION SYSTEMS, ) | **JURY TRIAL DEMANDED** |
| INC., ) | |
| ) | |
| Defendant. | |

## DEFENDANT BULL HN INFORMATION SYSTEMS, INC.'S
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant, Bull HN Information Systems, Inc. ("Bull HN"), submits this Certificate of Interested Persons and Corporate Disclosure Statement:

1.  The undersigned counsel of record for Bull HN certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

All of the common stock of Bull HN Information Systems Inc., a Delaware corporation, is owned by Bull Data Systems Inc. a Delaware corporation, and all of the common stock of Bull Data Systems Inc. is owned by Bull, a French corporation.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**<u>For Defendant:</u>**  Robert M. Ward (*rward@dilworthIP.com*)
Georgia Bar No. 775401
Dilworth IP, LLC
3445 Stratford Road NE
Suite 2605
Atlanta, GA 30326
Telephone: (203) 220-8496
Fax: (203) 220-8497

Of Counsel:

Brian T. Moriarty (*brian.moriarty@hbsr.com*)
BBO# 665995
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts  01742
Telephone:  (978) 341-0036
Fax:  (978) 341-0136

Thomas R. Maher, Esq. (*TomMaher@Bull.com*)
Bar (BBO #314240)
Assistant General Counsel and Secretary
Bull HN Information Systems Inc.
285 Billerica Road, Suite 200
Chelmsford, Massachusetts  01824-4174

        Telephone:  (978) 294-6766
        Fax:  (978) 244-0034

Submitted this <u>3rd</u> day of May 2012.

    BULL HN INFORMATION SYSTEMS, INC.

    By its attorneys,

    <u>/s/ Robert M. Ward</u>
    Robert M. Ward
    Georgia Bar No. 775401
    **Dilworth IP, LLC**
    3445 Stratford Road NE
    Suite 2605
    Atlanta, GA 30326
    Telephone:  (404) 606-6480
    Facsimile:  (203) 220-8497
    E-mail:  rward@dilworthip.com

    *Counsel for Defendant*

Of Counsel:

Brian T. Moriarty (BBO# 665995)
(Lead Counsel—*Pro Hac Vice*
 to be filed)
**Hamilton, Brook, Smith &**
 **Reynolds, P.C.**
530 Virginia Road
Concord, Massachusetts  01742
Telephone:  (978) 341-0036
Fax:  (978) 341-0136
E-mail: *brian.moriarty@hbsr.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2012, the foregoing DEFENDANT BULL HN INFORMATION SYSTEMS, INC.'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ RM Ward
Robert M. Ward

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing has been prepared with Times New Roman, 14 point font.

/s/ RM Ward
Robert M. Ward

1208724.1